Paul Ross
PO Box 483
Paul, ID  83347
T: (208) 219-7997
#8676
F: (208) 416-6996
paul@idbankruptcylaw.com
Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| In Re: | |
|---|---|
| **BRIAN ROY LOVE,** | Case No: 20-40868-JMM<br>Chapter 7 |
| Debtor. | |

NOTICE OF HEARING

NOTICE IS GIVEN that a hearing will be held regarding the Trustee's Objection to Exemption, Dkt. No. 21, and Debtor's Response on 15 March 2021 at 1:30 PM by teleconference call with the US Bankruptcy Court, 801 E Sherman, Pocatello, Idaho.

Judge Meier's Conference Number – (877) 336-1829

Access Code: 5781287#

Security Code: 1234#


DATED this 18 February 2021


                                                 /s/ Paul Ross
                                               PAUL ROSS

CERTIFICATE OF SERVICE

I hereby certify that on 18 February 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    U.S. Trustee, ECF
    Patrick Geile, ECF, Trustee

I further certify that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via First Class mail, posted prepaid addressed as follows:

    NA

Via certified mail, return receipt requested, addressed as follows:

    NA


    /s/ Paul Ross
    PAUL ROSS